UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORY MESSER, ESQ., *Chapter 7 for the bankruptcy estate of Nerlande Revange-Perronnet*,

                Plaintiff,

v.

PRAXIS HOUSING INITIATIVES, INC., MARITZA ARCE, SVEJN JORGENSEN, VASHTI RAMPATSINGH, and FLOYD CUEVAS,

                Defendants.

**ORDER**

19 Civ. 9369 (ER)

RAMOS, D.J.

On January 23, 2022, the parties reported that they expected to conclude drafting the settlement agreement within one month.  Doc. 38.  On January 24, the Court instructed the parties to file a joint status report by February 23.  Doc. 39.  The parties have not done so.

The parties are hereby directed to submit a joint status report regarding the case by **April 15, 2022.**

It is SO ORDERED.

Dated:  April 12, 2022
       New York, New York

                                          Edgardo Ramos, U.S.D.J.