# MEMO ENDORSED

**ROBERT WISNIEWSKI P.C.**  17 STATE STREET, SUITE 820 • NEW YORK, NY 10004
ATTORNEYS-AT-LAW  TEL: (212) 267-2101 • WEB: www.rwapc.com

December 27, 2022

Hon. Edgardo Ramos, USDJ
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
    *VIA ECF*

> The parties' joint request to hold the case in abeyance for an additional 90 days (until March 28, 2023) is granted. The parties are instructed to submit a joint status report by that date. SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: December 28, 2022
> New York, New York

    Re:    Messer v. Praxis Housing Initiatives, Inc. et
           **Docket No: 19-cv-09369-ER**

Dear Judge Ramos,

    Counsel for the parties are filing a joint status report regarding the settlement in this matter. For the reasons that follow, the parties respectfully request that the Your Honor continue holding the matter in abeyance for another 90 days and that a further report be submitted then regarding the settlement-in-principle of the matter.

    As we advised Your Honor previously, the trustee is working with Ms. Revange's bankruptcy counsel to resolve the issue of Medicare/Medicaid liens. Ms. Revange's counsel, Mr. Del Virginia, met with the Trustee and provided additional information necessary to achieve the objective. We still need more time to resolve the issue of Ms. Revange's liens before the trustee submits the agreed-upon settlement agreement to the bankruptcy court.

    Wherefore, the parties respectfully request that you allow them to file a status report in 90 days regarding the status of the settlement of the matter.

    We thank the Court for its attention to the foregoing.

                                    Respectfully,

                                    */s/Robert Wisniewski*
                                    Robert Wisniewski

cc:
    Gabriel Del Virginia, Esq.
    Bankrutpcy Counsel for Plaintiff via ECF

    Jordan Sklar, Esq.
    Counsel for Defendants via ECF